ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 1 2 2016

JAMES N. HATTEN, Clerk
By: ︶ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

OLU KANNI SANYAOLU, A/K/A
KUNLE SANYA OLUKANNI

Criminal Indictment

No. 1:16-CR-0126

THE GRAND JURY CHARGES THAT:

## Count One

On or about July 20, 2009, in the Northern District of Georgia, the defendant, OLU KANNI SANYAOLU, also known as Kunle Sanya Olukanni, did knowingly procure, contrary to law, naturalization by the United States and United States citizenship, in violation of Title 18, United States Code, Section 1425(a).

## Count Two

On or about July 20, 2009, in the Northern District of Georgia, the defendant, OLU KANNI SANYAOLU, also known as Kunle Sanya Olukanni, did knowingly make false statements under oath, in a case, proceeding, and matter relating to naturalization and citizenship, that is, in connection with his I-485 application benefits, Defendant SANYAOLU provided the following responses and statements on a Form N-400 (Application for Naturalization) which responses and statements Defendant SANYAOLU swore and certified to be true and correct:

1

- To the instruction "If you have ever used other names, provide them below," Defendant SANYAOLU responded, "<u>NONE</u>,"

- To the question "Have you ever given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?", Defendant SANYAOLU responded "<u>NO</u>," and

- To the question "Have you ever been ordered to be removed, excluded, or deported from the United States?", Defendant SANYAOLU responded "<u>NO</u>,"

when in truth and fact, as Defendant SANYAOLU then well knew, he previously had used the alias name "Kunle Sanya Olukanni" in connection with his application to the United States for asylum from Nigeria, and Defendant SANYAOLU, under the alias name "Kunle Sanya Olukanni," previously had been ordered removed and deported from the United States, in violation of Title 18, United States Code, Section 1015(a).

## Count Three

On or about July 23, 2009, in the Northern District of Georgia, the defendant, OLU KANNI SANYAOLU, also known as Kunle Sanya Olukanni, did knowingly use a United States Certificate of Naturalization by presenting said certificate, a duplicate, and a copy thereof to a United States passport acceptance officer as evidence of United States citizenship, in support of his application for a United States passport, knowing that the said United States Certificate of Naturalization had been procured by fraud and false evidence, and otherwise

2

had been unlawfully obtained, in violation of Title 18, United States Code, Section 1015(c).

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant OLU KANNI SANYAOLU, also known as Kunle Sanya Olukanni, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 982(a)(6)(A)(ii)(I) and 982(a)(6)(A)(ii)(II), any property real or personal, that constitutes, or is derived from or is traceable to proceeds obtained directly or indirectly as a result of the naturalization fraud, or any property used, or intended to be used to facilitate the commission of the naturalization fraud.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

3

A _____ TRUE _____ BILL

_____
FOREPERSON

JOHN A. HORN
United States Attorney

KELLY K. CONNORS
*Assistant United States Attorney*
Georgia Bar No. 504787

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4